# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   Nos. 208-209 WAL 2016
                               :
           Respondent            :
                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court
              v.                      :
                               :
                               :
SCOTT ALLEN CHAMBERLAIN,        :
                               :
           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.